Freeburg Law LLC
Ethan K. Morris, Bar No. 7-6439
PO Box 3442
Jackson, WY 83001

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.       Case No.: L:25-po-00372-SAH

DIVAM SHAH,

    Defendant.

## NOTICE OF REQUEST FOR DISCOVERY

COMES NOW, Defendant Divam Shah, and hereby provides notice of this request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 16.1. Specifically, Defendant requests discovery of:

1. Oral statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(A).

2. Written or recorded statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(B). Defendant expects these recordings include:

    a. All video recordings of the encounter.

3. Defendant's prior criminal record. Fed.R.Crim.P. 16(a)(1)(D).

4. Documents and objects. Fed.R.Crim.P. 16(a)(1)(E). Defendant requests inspection and copying of documents or objects related to this case in the Government's possession, custody, or control.

5. Reports of examinations and tests. Fed.R.Crim.P. 16(a)(1)(F).

6. Expert witnesses. Fed.R.Crim.P. 16(a)(1)(G). Defendant requests the curriculum vitae and expected testimony of any expert witnesses called by the government.

Dated ____07/17/25____.    _____
                            Ethan K. Morris, Bar No. 7-6439
                            Freeburg Law LLC
                            Box 3442
                            Jackson, WY 83001

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was sent to:

United States Attorney's Office      ☐ hand delivery
Post Office Box 703      ☐ U.S. mail
Yellowstone NP, WY 82190      ☐ email
     ☒ CM-ECF

Dated ____07/17/2025____.    _____
                              Signed